UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07564-MWC-AS | Date | October 22, 2026 |
| Title | George Jones v. Linden C. Properties, LLC, et al., | | |

Present: The Honorable MICHELLE WILLIAMS COURT, U.S. District Judge

| | |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO LINDEN C. PROPERTIES, LLC and SUPER MERCADO LATINO SUPERMARKET.**

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **October 29, 2026**, why this action should not be dismissed for lack of prosecution. In the absence of showing good cause, an action shall be dismissed if the summons and complaint have not been served within 14 days after the filing of the amended complaint pursuant to C.D. Cal. Local Rules 4-6 and 5-3.1.2. An action may also be dismissed prior to such time if the Plaintiff fails diligently to prosecute the action. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. Plaintiff is advised that the Court will consider the filing of a responsive pleading to the complaint and/or proof(s) of service, which indicates proper service in full compliance with the Local Rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.